# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| HAG IP, LLC, a Nevada corporation | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:17-cv-0652 |
| Tipps Enterprises, Inc., a Tennessee coproration, and Brian Tipps, an individual | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brian Tipps
4345 Ringgold Road, Suite 105
Chattanooga, TN 37412
(423) 803-5900

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert C. Kain, Esq.
Kain Spielman P.A.
900 S.E. Third Avenue, Suite 205
Fort Lauderdale, FL 33316
(954) 768-9002
email: rkain@complexip.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: MAR 2 8 2017

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| HAG IP, LLC, a Nevada corporation <br><br> *Plaintiff* <br><br> v. <br><br> Tipps Enterprises, Inc., a Tennessee coproration, and Brian Tipps, an individual <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:17-cv-0652 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tipps Enterprises, Inc.
c/o Registered Agent
3612 Fair Meadows Court
Nashville, TN 37211-7191


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert C. Kain, Esq.
Kain Spielman P.A.
900 S.E. Third Avenue, Suite 205
Fort Lauderdale, FL 33316
(954) 768-9002
email: rkain@complexip.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: MAR 2 8 2017

_____
*Signature of Clerk or Deputy Clerk*